No. 85–90. JONES DAIRY FARM v. LOCAL No. P–1236, UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION, AFL–

CIO. C. A. 7th Cir. Certiorari denied.